# ANNA HYLAND TIERNEY v. MODERN WOODMEN OF AMERICA.[1]

February 6, 1914.

Nos. 18,411—(231).

**Case followed.**

Action in the district court for Hennepin county to recover $2,000 upon defendant's policy of insurance upon the life of John Hyland, in favor of plaintiff, his daughter. The case was tried before Booth, J., who made findings of fact and ordered judgment in favor of defendant. From an order denying her motion for amended findings of fact and from an order denying a new trial, plaintiff appealed. Affirmed.

*J. L. Murphy* and *Thomas B. Kilbride,* for appellant.

*Benjamin S. Smith* and *Elijah Barton,* for respondent.

PER CURIAM.

This case involves the same certificate considered in Hughes v. Modern Woodmen of America, supra, page 458, 145 N. W. 387. Plaintiff, the daughter of the assured, brought this action in the district court of Hennepin county to recover thereon. The trial court found that she was not the beneficiary thereunder and directed judgment for defendant. She made a motion for a new trial which was denied, and she appealed. The case is controlled by the decision in the Hughes case and the order appealed from is affirmed.

[1] Reported in 145 N. W. 390.